

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00330-CR

Ex parte Nathaniel Carl Banks Jr.

On Appeal from the
85th District Court of Brazos County, Texas
Trial Court Cause No. 21-04320-CRF-85

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

May 11, 2023